UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ROBERT ISMAEL LOPEZ RODRIGUEZ**
**On his own behalf and through his next friend,**
**his sister in law, Monica Alvarenga**
Plaintiff/Petitioner

v.

**KEVIN K. MCALEENAN,**
**Acting Secretary, U.S. Department of Homeland**
**Security and Commissioner, United States**
**Customs & Border Protection,**
**JOHN P. SANDERS ,**
**Acting Commissioner of CBP,**
**CARLA PROVOST,**
**Acting Commissioner of CBP,**
**RODOLFO KARISCH,**
**Chief Patrol Agent- Rio Grande Valley Sector,**
**and**
**MICHAEL J. PITTS**
**Field Office Director, ICE/ERO, Brooks County**
**Detention Center**

**Defendants/Respondents**

**ORDER GRANTING**
**APPLICATION FOR TEMPORARY RESTRAINING ORDER PRECLUDING**
**RESPONDENTS FROM PHYSICALLY REMOVING PLAINTIFF FROM THE UNITED**
**STATES AND ORDER FOR RESPONDENTS TO SHOW CAUSE AS TO WHY PLAINTIFF**
**HABEAS CORPUS PETITION SHOULD NOT BE GRANTED**

Before the Court is the verified petition of Plaintiffs' for a Writ of Habeas Corpus and Application for Temporary Restraining Order, precluding Respondents from physically removing Plaintiffs from the United States. Plaintiffs also seek a corresponding preliminary injunction.

On consideration of same,

IT IS HEREBY ORDERED that:

1) Defendants are precluded from physically removing Plaintiffs from the United States;
2) A hearing on Plaintiffs' motion for a preliminary injunction is scheduled for the_____ day of _____, before this Court.

_____
Judge Presiding
